UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jennifer Oncale v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10805-DRH |
| *Mary Jane Petrunich, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12620-DRH |
| *Kris A. Pronske v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12772-DRH |
| *Brianne C. Robey, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11713-DRH |
| *Nicole D. Shideler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11714-DRH |
| *Heather Simmons v. Bayer Corporation, et al.* | No. 09-cv-10221-DRH |
| *SharNiesha C. Turner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10899-DRH |
| *Myria K. Walker v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12624-DRH |
| *Monica Wilson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11286-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 17, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> NANCY J. ROSENSTENGEL,
> CLERK OF COURT
>
> BY: /s/*Caitlin Fischer*
> **Deputy Clerk**

**Dated:** April 28, 2014

Digitally signed by David R. Herndon
Date: 2014.04.28 14:44:11 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**